ORIGINAL

UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

ROYER INDUSTRIES, INC., :
: NO. 1:01-CV-140
Plaintiff :
vs. : Judge Kane
:
NORTHRIDGE ENVIRONMENTAL :
EQUIPMENT LTD, :
:
Defendant :

FILED
HARRISBURG, PA
MAY 29 2002
MARY E. D'ANDREA, CLERK
Per _____ Deputy Clerk

**STIPULATION OF DISMISSAL WITH PREJUDICE**

Plaintiff Royer Industries Inc. ("Plaintiff") and Defendant Northridge Environmental Equipment Ltd. ('Defendant"), by and through their respective undersigned counsel, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, hereby stipulate to the dismissal with prejudice of Plaintiff's complaint and Defendant's counterclaims and claims for setoff in the above-captioned action.

_____
Dino A. Ross
REED SMITH LLP
213 Market Street
Harrisburg, PA 17101
(717) 234-5988
*Counsel for Royer Industries, Inc*

_____
Gordon A. Einhorn
SCHNADER HARRISON SEGAL & LEWIS LLP
Suite 700
30 North Third Street
Harrisburg, PA 17101-1713
(717) 231-4000
*Counsel for Northridge Environmental Equipment Ltd.*

HBGLIB-0038612.01-DAROSS
May 22, 2002 2:56 PM